# United States Court of Appeals
## For the First Circuit

_____

No. 20-2134

MARIA FOURNIER,

Plaintiff, Appellant,

v.

COMMONWEALTH OF MASSACHUSETTS, Executive Office of the Trial Court, LEWIS SPENCE, JOHN BELLO, JONATHAN WILLIAMS,

Defendants, Appellees.

_____

**JUDGMENT**

Entered: September 15, 2021

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The decision of the district court is reversed, and the matter is remanded to the district court for further proceedings consistent with the opinion issued this day. The parties shall bear their own costs on appeal.

By the Court:

Maria R. Hamilton, Clerk

cc: Hon. F. Dennis Saylor, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Philip J. Gordon, Benjamin Flam, Nicole A. Eldredge, John David Hampton