United States District Court
District of Massachusetts

| | |
|---|---|
| Maria Fournier,  )<br>           )<br>     Plaintiff,  )<br>           )<br>        v.  )<br>           )<br>Commonwealth of Massachusetts,  )<br>           )<br>     Defendant.  )<br>           ) | Civil Action No.<br>18-10865-NMG |

## Verdict Form

### Title VII Claim

1. Has the plaintiff, Maria Fournier, proven, by a preponderance of the evidence, that the defendant retaliated against her in violation of Title VII?

   Yes _____     No __X__

### M.G.L. c. 149, § 185 Claim

2. Has the plaintiff, Maria Fournier, proven, by a preponderance of the evidence, that the defendant retaliated against her in violation of M.G.L. c. 149, § 185, also known as the Whistleblower Act?

   Yes _____     No __X__

If you answer either Question 1 or Question 2 "Yes", proceed to Question 3, "Damages". If you answer both Questions 1 and 2 "No", your deliberations are complete.

**Damages**

3. What damages, if any, do you award to the plaintiff for the violation(s) found in Question 1 and/or Question 2?

   A. Back Pay: _____
   Amount in words

   $_____
   Amount in numbers

   B. Front Pay (including
      benefits and pension): _____
   Amount in words

   $_____
   Amount in numbers

   C. Emotional Distress: _____
   Amount in words

   $_____
   Amount in numbers

**If you answered Question 2 "Yes", proceed to Question 4. If you answered Question 2 "No", your deliberations are complete.**

4. Do you find that plaintiff is entitled to punitive damages?

   Yes _____        No _____

**YOUR DELIBERATIONS ARE COMPLETE. THE FOREPERSON WILL SIGN THE VERDICT FORM AND NOTIFY THE MARSHAL IN WRITING THAT THE JURY HAS COME TO A DECISION WITHOUT REVEALING THE VERDICT TO THE MARSHAL.**

Dated: June 3, 2022   Jury Foreperson: /s/ Jorri Gregory