We have reached a verdict

Toni Green

June 3, 2022